**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CADENA-JUAREZ v. USA                                  Case No. 07cv1063 RBB
                                                      **Time Spent: 7 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr. CD No. 1: 10:03:17-10:10:39

                              Attorneys
      Plaintiffs                              Defendants

Stephen Waldman (present)              Cindy Cipriani
Adrian Martinez (present)


PROCEEDINGS:     ___  In Chambers   _x_  In Court    ___  Telephonic

A hearing was held on the Petition for Order Approving Minor's Compromise and for Payment of Attorneys' Fees and Costs [doc. no. 12].

A continued hearing is set for January 2, 2008, at 10:30 a.m.


DATE: December 17, 2007          IT IS SO ORDERED:   *Ruben Brooks*
                                                     Ruben B. Brooks,
                                                     U.S. Magistrate Judge
cc: All Parties of Record                INITIALS: VL (mg/irc) Deputy

K:\COMMON\BROOKS\CASES\CADENA-JUAREZ1063\MINUTES04.wpd