### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>CADENA-JUAREZ</u> v. <u>USA</u>             Case No. <u>07cv1063 RBB</u>
                                                                                **Time Spent: <u>11 min.</u>**

<u>HON. RUBEN B. BROOKS</u>   <u>CT. DEPUTY VICKY LEE</u>           <u>Rptr.</u>

<u>Attorneys</u>

    <u>Plaintiffs</u>                                  <u>Defendants</u>

<u>Ed Hayden (present)</u>                <u>Cindy Cipriani (present)</u>

PROCEEDINGS:   ____ In Chambers   <u>X</u>  In Court   ____ Telephonic

A hearing was held on Plaintiffs' Petition [doc. no. 12] and Amended Petition for Order Approving Minor's Compromise and for Payment of Attorneys' Fees and Costs [doc. no. 17]. For the reasons stated on the record, the Petition is granted.

The Petition [doc. no. 12] and Amended Petition [doc. nos. 16, 17] shall be placed under seal.

DATE: <u>February 11, 2008</u>     IT IS SO ORDERED:    *Ruben Brooks*
                                                                                   Ruben B. Brooks,
                                                                                   U.S. Magistrate Judge

cc: All Parties of Record                 INITIALS: <u>VL (mg/irc)</u> Deputy